USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/09/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

      v.

JOSEPH NEUMANN,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Order of Restitution

21 Cr. 439 (NSR)

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, David A. Markewitz and James McMahon, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's convictions on Counts One through Four of the above Indictment; the sentencing proceeding that occurred on June 11, 2024; and all other proceedings in this case, it is hereby ORDERED that:

**I.**    **Amount of Restitution**

Pursuant to Title 18, United States Code, Sections 3583(d), 3563(b)(2), and 3556, JOSEPH NEUMANN, the Defendant, as a special condition of his term of supervision, shall pay restitution in the total amount of $1,269,322, to the Internal Revenue Service, which is the victim of the offenses charged in Counts One through Four of the Indictment.

**II.**    **Schedule of Payments**

Pursuant to the parties' agreement, as well as 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows, in the interest of justice: the Defendant shall pay $400 per month in restitution for the duration of his term of supervision, with any outstanding amount due in the final month of that term.

**III.**     <u>**Payment Instructions**</u>

The Defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card, or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write his name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office.  Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed.  For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions. The Clerk of the Court shall remit the Defendant's restitution payments to the Internal Revenue Service at the following address:

> IRS – RACS
> Attn: Mail Stop 6261, Restitution 333
> W. Pershing Ave.
> Kansas City, MO 64108

**IV.**     <u>**Additional Provisions**</u>

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office, and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).  If the Defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

**V.        Restitution Liability**

The Defendant's liability to pay restitution shall terminate at the conclusion of the Defendant's term of supervision imposed in this case. Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

SO ORDERED:

_____  
HON. NELSON S. ROMÁN  
UNITED STATES DISTRICT JUDGE

White Plains, NY  
July 9, 2024  
_____  
DATE

**Clerk of Court is requested to terminate the motion at ECF No. 66.**