USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2025

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

JOSEPH NEUMANN

Crim No. 21-cr-00439-01 (NSR)

**ORDER**

     This matter having come before the Court on the motion of defendant Joseph Neumann, by his counsel, Lee Vartan, for the return of his United States passport, which is presently in the possession of United States Pretrial Services, White Plains office, and for good cause having been shown,

     IT IS on this __9th__ day of April 2025,

     ORDERED that the United States Pretrial Services Office for the Southern District of New York return to Mr. Neumann his United States passport.

_____
Honorable Nelson S. Román

4904-7674-1938.v1